ACCEPTED
03-16-00526-CR
14509899
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/30/2016 1:45:58 PM
JEFFREY D. KYLE
CLERK

NO.  03 -16- 00526-CR

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE THIRD JUDICIAL DISTRICT |
| | § | |
| v. | § | COURT OF APPEALS |
| | § | |
| ANTHONY TUCKER | § | AT AUSTIN, TEXAS |

## CERTIFICATE OF COUNSEL

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/4/2017 8:50:58 AM
JEFFREY D. KYLE
Clerk

In compliance with the requirements of *Anders v. California*, 386 U.S. 378 (1967), I, ALEXANDER L. CALHOUN, court-appointed counsel for appellant, ANTHONY TUCKER , in the above-referenced appeal, do hereby verify, in writing, to the Court that I have:

1. notified appellant that I filed a motion to withdraw as counsel with an accompanying *Anders* brief, and provided a copy of each to appellant;

2. informed appellant of his right to file a pro se response identifying what he believes to be meritorious grounds to be raised in his appeal, should he so desire;

3. advised appellant of his right to review the appellate record, should he wish to do so, preparatory to filing that response;

4. explained the process for obtaining the appellate record, provided a *Motion for Pro Se Access to the Appellate Record* lacking only appellant's signature and the date, and provided the mailing address for this Court; and

5. informed appellant of his right to seek discretionary review *pro se* should this Court declare his appeal frivolous.

Respectfully Submitted,

Law Office of Alexander L. Calhoun

4301 W. William Cannon Dr., Ste. B - 150, # 260
Austin, TX 78749
Tele: 512/ 420-8850
Fax: 512/ 233-5946
Cell: 512/ 731-3159
Email: alcalhoun@earthlink.net

By: _/s/ *Alexander L. Calhoun*
       Alexander L. Calhoun
       State Bar No.: 00787187

### Certificate of Service

I herein certify that on December 30, 2016 a true and correct copy of the above document was served upon the Travis County Attorney's Office, P.O. Box 1748, Austin, TX 78767 and that a copy was served upon Appellant, Anthony Tucker, at 5703 Ave. D, Austin, TX 78752, with an explanation of his right to contest the brief.

/s/ *Alexander L. Calhoun*
    Alexander L. Calhoun